**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                    Case No. 16-33364
                                                         Chapter 13
Jessica Hope Lewis,

         Debtor.


Jessica Hope Lewis,

         Plaintiff,
                                                         Adversary Proceeding
                                                              No. 17-3041
v.                                                       Judge Dwight H. Williams, Jr.


Providence Management Company LLC,

         Defendant.


**ACKNOWLEDGMENT OF JOINT STIPULATION OF DISMISSAL**

        In accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, as made applicable by Rule 7041, Federal Rules of Bankruptcy Procedure, this serves as acknowledgment of the parties' joint stipulation of dismissal of this adversary proceeding with prejudice. This adversary proceeding will be closed.


Dated December 5, 2017


                                                         Juan-Carlos Guerrero
                                                         Clerk of Court


c: All parties