**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Case No. 16-33364
Chapter 13

Jessica Hope Lewis,

     Debtor.


Jessica Hope Lewis,

     Plaintiff,

Adversary Proceeding
No. 17-3041

v.

Judge Dwight H. Williams, Jr.


Providence Management Company LLC,

     Defendant.


**ACKNOWLEDGMENT OF JOINT STIPULATION OF DISMISSAL**

     In accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, as made applicable by Rule 7041, Federal Rules of Bankruptcy Procedure, this serves as acknowledgment of the parties' joint stipulation of dismissal of this adversary proceeding with prejudice. This adversary proceeding will be closed.


Dated December 5, 2017


Juan-Carlos Guerrero
Clerk of Court


c: All parties

Lewis,
     Plaintiff                                                      Adv. Proc. No. 17-03041-DHW

Providence Management Company LLC,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 1127-2        User: thagmaier        Page 1 of 1             Date Rcvd: Dec 05, 2017
                      Form ID: pdfSOME       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
sp            +Anthony B. Bush,    3198 Parliament Circle 302,    Montgomery, AL 36116-7271
pla           +Jessica Hope Lewis,   1127 Persons Street,    Montgomery, AL 36108-2701
dft           +Providence Management Company LLC,   1247 Waukegan Road, Suite 200,   Glen Allen, IL 60025-3057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Anthony B. Bush,   3198 Parliament Circle 302,    Montgomery, AL 36116-7271
                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
        Anthony B. Bush   on behalf of Plaintiff Jessica Hope Lewis anthonybbush@yahoo.com
        I. Danielle Mashburn-Myrick   on behalf of Defendant   Providence Management Company LLC
         Danielle.Mashburn-Myrick@phelps.com,
         angela.ryals@phelps.com;Richard.Montague@phelps.com;Rachel.dehora@phelps.com
                                                            TOTAL: 2